IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE,<br>and UNITED STATES FISH AND<br>WILDLIFE SERVICE,<br><br>        Defendants,<br><br>   and<br><br>FRANKLIN LOGGING, INC., and<br>SCOTT TIMBER CO.,<br><br>        Proposed Defendant<br>        Intervenors. | 2:12-cv-02800-GEB-CKD<br><br>ORDER GRANTING MOTION TO<br>INTERVENE AND STIPULATION TO<br>STAY LITIGATION[*] |

        On January 8, 2013, Franklin Logging, Inc. and Scott Timber Co. filed an unopposed motion to intervene. (ECF No. 14.) Having reviewed the unopposed motion and supporting documentation and determined that Franklin Logging, Inc. and Scott Timber Co. have met the requirements of Federal Rule of Civil Procedure 24(a)(2), the intervention motion is hereby granted.

        Further, on February 13, 2013, Conservation Congress, the United States Forest Service, and the United States Fish and Wildlife

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

Service filed a proposed Stipulation and Order to Stay the Case, (ECF No. 26), which is hereby approved and reproduced below.

This stipulation to stay the litigation is entered into by Plaintiff Conservation Congress and Federal Defendants the United States Forest Service ("USFS") and the United States Fish and Wildlife Service ("FWS"). The Court, having considered the parties' Stipulation and having found good cause, APPROVES the Stipulation. It is hereby SO ORDERED that:

1. Upon entry of the Court's Order, the instant litigation will be stayed to allow for the USFS and FWS to complete the reinitiated ESA Section 7 consultation process and any attendant administrative processes otherwise required by law.

2. Within 3 business days of its issuance, Federal Defendants will provide counsel for Plaintiff with an electronic copy of the Biological Opinion.

3. Within 3 business days of the completion of the USFS' additional environmental analysis, Federal Defendants will provide counsel for Plaintiff with an electronic copy of any associated decision documents.

4. Within 3 business days of Plaintiff's receipt of the documents referenced in Paragraph 3, the parties agree to file a Joint Request to Lift Stay;

5. Upon submission of the parties' Joint Request to Lift Stay, Plaintiff will have the right to amend its Complaint and seek additional relief Plaintiff believes is necessary to protect its interests.

6. Counsel for Federal Defendants shall notify counsel for Plaintiff of the USFS' lift of the suspension of operations in the

Algoma Project area within 24 hours of notifying Franklin Logging, Inc. and Scott Timber Co.

7. Within 14 days of the provision of the documents referenced in Paragraph 3, Plaintiff shall advise Federal Defendants of whether, and how, it intends to proceed with the instant litigation.

8. Within 14 days of the notification referenced in Paragraph 7, the parties shall file a joint status report with this Court advising it of the parties' proposals for whether, and how, the litigation should proceed.

Dated: February 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge