IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS,

       Plaintiff,

       v.

UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,

       Defendants.

No.  2:12-cv-02800-TLN-CKD

ORDER ON UNOPPOSED MOTION TO ADJUST SUMMARY JUDGMENT SCHEDULE

This matter having come before the Court on plaintiff's Unopposed Motion to Adjust Summary Judgment Schedule, the Court, having considered plaintiff's motion, and having found good cause, GRANTS the motion.   It is hereby SO ORDERED that:

- Plaintiff shall file its motion for summary judgment no later than November 20, 2013.

- Defendants shall file their cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment no later than December 23, 2013.

- Plaintiff shall file its reply to defendants' opposition to the motion for summary judgment and opposition to cross-motion for summary judgment no later than January 3, 2014.

- Defendants shall file their reply to plaintiff's opposition to cross-motion for summary judgment no later than January 13, 2014.

///
///
///

PAGE 1 - ORDER ON UNOPPOSED MO. TO ADJUST SUMMARY JMT SCHEDULE

IT IS SO ORDERED:

Dated: November 20, 2013

                                        Troy L. Nunley
                                        United States District Judge

PAGE 2 - ORDER ON UNOPPOSED MO. TO ADJUST SUMMARY JMT SCHEDULE